STATE OF CONNECTICUT *v.* KEVIN COUGHLIN

The defendant's petition for certification for appeal from the Appellate Court, 61 Conn. App. 90 (AC 19522), is denied.

SULLIVAN, C. J., and VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*James J. Ruane,* in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided January 25, 2001

STATE OF CONNECTICUT *v.* GARY CAMPBELL

The defendant's petition for certification for appeal from the Appellate Court, 61 Conn. App. 99 (AC 19856), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Raymond J. Rigat,* in support of the petition.

Decided January 25, 2001